# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHNNY ESEQUIEL VARGAS CEDENO<br><br>*Petitioner*,<br><br>*v.*<br><br>TODD BLANCHE, Attorney General of the United States; et al.<br><br>*Respondents.* | Civil Action No. 2:26-cv-05833<br><br>(CCC)<br><br>Hon. Claire C. Cecchi, U.S.D.J. |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Johnny Esequiel Vargas Cedeno and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby jointly stipulate and agree that this action should be dismissed as moot, without prejudice. In support thereof, the parties state as follows:

1. Petitioner filed this habeas corpus petition challenging the adequacy of the bond hearing conducted in his immigration proceedings and seeking related relief.

2. On June 4, 2026, an Immigration Judge granted Petitioner pre-conclusion voluntary departure, in lieu of removal, under INA § 240B(a), with a departure date on or before July 6, 2026.

3. Petitioner's underlying immigration proceedings have concluded.

4. Because Petitioner's immigration proceedings have concluded, the relief sought in the habeas petition has been rendered moot.

1

Accordingly, the parties respectfully request that the Court dismiss this action as moot, without prejudice, and close the case.

For Petitioner:                                            For Respondents:

_____                          _____
Franklin S. Montero, Esq.                          Alexander Judka, Esq. Assistant
Law Offices of Franklin S. Montero                 United States Attorney
*Attorney for Petitioner*                          *Attorney for Respondents*
451 Clifton Avenue                                 970 Broad Street, Suite 700
Clifton, New Jersey 07011                          Newark, NJ 07102
Tel: (973) 777-8718                                Tel: (973) 645-2825
montero@fmonterolaw.com                            alexander.judka@usdoj.gov

Dated: July 2, 2026

SO ORDERED

_____s/Claire C. Cecchi_____
CLAIRE C. CECCHI, U.S.D.J.

Date:    7/7/2026

2